THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Christine Fiedler
 Middleton, Appellant,
 
 
 

v.

 
 
 
 Anthony John
 Middleton, Respondent.
 
 
 

Appeal From Dorchester County
William J. Wylie, Jr., Family Court Judge

Unpublished Opinion No.  2012-UP-016 
 Submitted November 1, 2011  Filed January
25, 2012

AFFIRMED

 
 
 W. Tracy Brown, of Charleston, for
 Appellant.
 William J. Clifford, of North Charleston,
 for Respondent.
 
 

PER CURIAM:  Christine Fiedler Middleton appeals the family court's
 dismissal of her complaint for lack of jurisdiction.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authorities:  S.C. Code Ann. §
 203620(C) (Supp. 2010) ("The [family] court's order as it affects
 distribution of marital property shall be a final order not subject to
 modification except by appeal or remand following proper appeal."); Price
 v. Price, 325 S.C. 379, 382, 480 S.E.2d 92, 93 (Ct. App. 1996) ("Except
 for those matters over which a court retains continuing jurisdiction, terms of
 a final property settlement agreement, once approved, are binding on the
 parties and the court.").
AFFIRMED.
FEW, C.J.,
 THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.